# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**KINGRALE COLLINS**                                        **PETITIONER**
**ADC #102818**

**v.**                              **No. 2:25-cv-195-DPM**

**STATE OF ARKANSAS**                              **RESPONDENT**

## JUDGMENT

Collins's § 2254 petition, *Doc. 1*, is dismissed without prejudice for lack of jurisdiction.

D.P. Marshall Jr.
United States District Judge

5 December 2025